# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 18-7516

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    v.

MARQUIS ANTHONY NELSON,

                Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. Irene C. Berger, District Judge. (1:08-cr-00058-1; 1:15-cv-13059)

Submitted: February 21, 2019                Decided: February 26, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marquis Anthony Nelson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquis Anthony Nelson appeals the district court's order denying his motion for an evidentiary hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *United States v. Nelson*, Nos. 1:08-cr-00058-1; 1:15-cv-13059 (S.D.W. Va. Nov. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
